IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 21-cv-02542-CMA-SKC

DUSTIN JARED CASADY;
P.M.C., a minor, by and through their parent, DUSTIN JARED CASADY;
K.O.C., a minor, by and through their parent, DUSTIN JARED CASADY;
MATTHEW GHORMLEY;
L.M.B., a minor, by and through their parent, MATTHEW GHORMLEY, for themselves and all others similarly situated;

    Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT BOARD OF EDUCATION;
CHRISTOPHER SMITH, in his individual capacity and official capacity as Superintendent of Cherry Creek School District;
ANNE EGAN, in their individual capacity and capacity as member of Cherry Creek School District Board of Education;
JANICE MCDONALD, in their individual capacity and capacity as member of Cherry Creek School District Board of Education;
ANGELA GARLAND, in their individual capacity and capacity as member of Cherry Creek School District Board of Education;
KELLY BATES, in their individual capacity and capacity as member of Cherry Creek School District Board of Education; and
KAREN FISHER, in their individual capacity and capacity as member of Cherry Creek School District Board of Education;

    Defendants.

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Nina Y. Wang. (Doc. # 70). Judge Wang recommends granting Plaintiff Dustin Jared Casady's Motion to Remove Plaintiffs (Doc. # 46). For the

following reasons, the Court affirms and adopts Judge Wang's Recommendation as an order of the Court.

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (Doc. # 70, p. 6, n. 1). Neither party filed a timely objection. "[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

After reviewing Judge Wang's Recommendation, the relevant portions of the record, and the applicable legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS that the June 15, 2022 Recommendation of United States Magistrate Judge Wang (Doc. # 70) is AFFIRMED and ADOPTED as an Order of this Court. It is

FURTHER ORDERED that Plaintiffs Dustin Jared Casady and P.M.C and K.O.C.'s Motion to Remove Plaintiffs (Doc. # 46) is GRANTED and Plaintiffs Dustin Jared Casady and P.M.C and K.O.C. are DISMISSED from this case. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Dustin Jared Casady and P.M.C and K.O.C. as Plaintiffs in this case.

DATED: August 4, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
Senior United States District Judge